**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6092**

---

WAYNE D. GREEN,

                                        Plaintiff - Appellant,

    versus

J. SACCHET, Warden; SERGEANT TEACH; L. INGRAM,
Corrections Officer; R. MILLS, Corrections
Officer; L. WATERS, Warden, Maryland
Correctional Institute-Hagerstown,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (CA-02-1835)

---

Submitted: April 15, 2003           Decided: May 2, 2003

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wayne D. Green, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Gloria Wilson Shelton, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne D. Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Sacchet, No. CA-02-1835 (D. Md. filed Dec. 10, 2002; entered Dec. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2